667 P.2d 275

**STATE of Idaho, Plaintiff-Respondent,**

v.

**Donald Ray ANDERSON,
Defendant-Appellant.**

**No. 14806.**

Court of Appeals of Idaho.

July 27, 1983.

Michael E. Powers, Twin Falls, for defendant-appellant.

Jim Jones, Atty. Gen., Lynn E. Thomas, Sol. Gen., Myrna A. I. Stahman, Deputy Atty. Gen., Boise, for plaintiff-respondent.

PER CURIAM.

Donald Anderson appeals from an indeterminate ten year sentence to the custody of the state Board of Correction, imposed upon a conviction for robbery. The sole issue is whether the sentence was an abuse of the district court's sentencing discretion.

Anderson plead guilty to the robbery of a commercial establishment in Twin Falls, Idaho. He displayed a firearm in committing the crime. The presentence report shows that he had served sentences of incarceration for a number of felony and misdemeanor offenses. Having reviewed the full record and having considered the sentence review criteria set forth in *State v. Toohill*, 103 Idaho 565, 650 P.2d 707 (Ct. App.1982), we conclude that the district court did not abuse its discretion. The sentence is affirmed.